AARON D. FORD
  Attorney General
Jared M. Frost (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3177
Facsimile: (702) 486-3773
E-Mail: jfrost@ag.nv.gov
*Attorneys for Defendant Department of Public Safety, Division of Nevada Highway Patrol*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSH MYERS, as Parent and Legal Guardian on behalf of EKS, a minor child,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a County of State of Nevada; DEPARTMENT OF PUBLIC SAFETY, DIVISION OF NEVADA HIGHWAY PATROL, a political subdivision of the STATE OF NEVADA; NYE COUNTY DEPUTY BREANNA NELSON; NYE COUNTY LIEUTENANT ALAN W. SCHRIMP; NYE COUNTY DETECTIVE BROOKE GENTRY; NYE COUNTY DEPUTY MICHAEL MOKESKI; NYE COUNTY TRAINEE ISAAC CHAMPLIN; NYE COUNTY DETECTIVE DANIEL FISCHER; NEVADA HIGHWAY PATROL TROOPER LUKE STANG; DOE OFFICERS, AGENTS, or the like I through X, Inclusive; and ROE CORPORATIONS I through X, inclusive, ROE AGENCIES OR POLITICAL SUBDIVISIONS I-X<br><br>Defendants. | Case No.: 2:23-cv-00478-CDS-EJY<br><br>**JOINT STIPULATION TO EXTEND RESPONSE DEADLINES** |

Plaintiff Josh Myers, as Parent and Legal Guardian on behalf of EKS, a minor child, by and through counsel, Boyd B. Moss III, Esq., and Defendants Daniel Fischer, Isaac Champlin, Brooke Gentry, Alan W. Shrimpf, Department of Public Safety, Division of Nevada Highway Patrol, Michael Mokeski, and Nye County, by and through their

respective counsels, have conferred and hereby stipulate to extend Defendants' deadline to respond to Plaintiff's Complaint for ninety (90) days.

The parties submit there is good cause for the extension. Plaintiff intends to seek consolidation of this matter with the related action *Roberts v. Nye County, et al.*, Case No. 2:22-cv-00398-RFB-EJY. However, additional time is needed to allow the parties to discuss consolidation and related issues, including how consolidation may impact the status of the pending defense motions in the *Roberts* case. Further, consolidation may obviate the need for Defendants to respond in this action and promote judicial economy. Accordingly, the parties hereby agree to the following case management deadline:

The deadline for Defendants Daniel Fischer, Isaac Champlin, Brooke Gentry, Alan W. Shrimpf, Department of Public Safety, Division of Nevada Highway Patrol, Michael Mokeski, and Nye County to respond to Plaintiff's Complaint is extended for ninety (90) days, with responsive pleadings due no later than August 24, 2023.

In the event Plaintiff serves any other Defendant prior to August 3, 2023, the deadline for any such Defendant to respond to Plaintiff's Complaint is August 24, 2023.

**IT IS SO STIPULATED.**

DATED this 25th day of May 2023.   DATED this 25th day of May 2023.

/s/Boyd B. Moss                          /s/Jennifer L. Micheli
Boyd B. Moss III, Esq.                   Brian R. Hardy, Esq.
Marcus A. Berg, Esq.                     Jennifer L. Micheli, Esq.
John C. Funk, Esq.                       MARQUIS AURBACH
MOSS BERG INJURY LAWYERS                 10001 Park Run Drive
4101 Meadows Lane, Suite 110             Las Vegas, Nevada 89145
Las Vegas, Nevada 89107                  bhardy@maclaw.com
Telephone: (702) 222-4555                jmicheli@maclaw.com
boyd@mossberglv.com
marcus@mossberglv.com                    *Attorneys for Defendants Breanna*
john@mossberglv.com                      *Nelson, Alan W. Schrimpf, Brooke*
                                         *Gentry, Michael Mokeski, Isaac*
*Attorneys for Plaintiff*                *Champlin, and Daniel Fischer*

DATED this 25th day of May 2023.                DATED this 25th day of May 2023.

/s/Stephanie Bedker                             /s/Jared M. Frost
Michael M. Edwards, Esq.                        Jared M. Frost, (Bar No. 11132)
Stephanie Bedker, Esq.                          Senior Deputy Attorney General
FREEMAN MATHIS & GARY, LLP                      Office of the Attorney General
3993 Howard Hughes Parkway, Suite 100           555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89169                         Las Vegas, NV 89101
Michael.edwards@fmglaw.com                      Telephone: (702) 486-3177
Stephanie.bedker@fmglaw.com                     jfrost@ag.nv.gov

*Attorneys for Defendant Nye County*            *Attorneys for Defendant Department of Public Safety, Division of Nevada Highway Patrol*

## ORDER

**IT IS SO ORDERED.** The deadline for Defendants Daniel Fischer, Isaac Champlin, Brooke Gentry, Alan W. Shrimpf, Department of Public Safety, Division of Nevada Highway Patrol, Michael Mokeski, and Nye County to respond to Plaintiff's Complaint is extended for ninety (90) days up to and including August 24, 2023.

In the event Plaintiff serves any other Defendant prior to August 3, 2023, the deadline for any such Defendant to respond to Plaintiff's Complaint is August 24, 2023.

DATED: May 30, 2023

_____
UNITED STATES MAGISTRATE JUDGE