```
AARON D. FORD
  Attorney General
Jared M. Frost (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3177
Facsimile: (702) 486-3773
E-Mail: jfrost@ag.nv.gov
```

*Attorneys for Defendant Department of Public Safety, Division of Nevada Highway Patrol, and Luke Stang*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSH MYERS, as Parent and Legal Guardian on behalf of EKS, a minor child,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a County of State of Nevada; DEPARTMENT OF PUBLIC SAFETY, DIVISION OF NEVADA HIGHWAY PATROL, a political subdivision of the STATE OF NEVADA; NYE COUNTY DEPUTY BREANNA NELSON; NYE COUNTY LIEUTENANT ALAN W. SCHRIMP; NYE COUNTY DETECTIVE BROOKE GENTRY; NYE COUNTY DEPUTY MICHAEL MOKESKI; NYE COUNTY TRAINEE ISAAC CHAMPLIN; NYE COUNTY DETECTIVE DANIEL FISCHER; NEVADA HIGHWAY PATROL TROOPER LUKE STANG; DOE OFFICERS, AGENTS, or the like I through X, Inclusive; and ROE CORPORATIONS I through X, inclusive, ROE AGENCIES OR POLITICAL SUBDIVISIONS I-X<br><br>Defendants. | Case No.: 2:23-cv-00478-CDS-EJY<br><br>**JOINT STIPULATION TO EXTEND RESPONSE DEADLINES**<br><br>**(Third Request)** |

Plaintiff Josh Myers, as Parent and Legal Guardian on behalf of EKS, a minor child, by and through counsel, Boyd B. Moss III, Esq., and Defendants Daniel Fischer, Isaac Champlin, Brooke Gentry, Alan W. Shrimpf, Breanna Nelson, Michael Mokeski, Luke

1 Stang, Department of Public Safety, Division of Nevada Highway Patrol, and Nye County, by and through their respective counsels, have conferred and hereby stipulate to extend Defendants' deadline to respond to Plaintiff's Complaint for an additional sixty (60) days.

The parties submit there is good cause for the extension. Plaintiff seeks consolidation of this matter with the related action *Roberts v. Nye County, et al.*, Case No. 2:22-cv-00398-RFB-EJY. To address various issues related to the possible consolidation of this matter, including how consolidation may impact the status of the pending defense motions in the *Roberts* case, the parties conferred by phone and later submitted a stipulation to set a pretrial conference on June 26, 2023. However, as of the date of this filing the *Roberts* court has not ruled on either the pretrial conference request or the pending defense motions. Accordingly, the parties hereby agree to extend the deadline for Defendants to respond to Plaintiff's Complaint for an additional sixty (60) days, with responsive pleadings due no later than December 22, 2023.

**IT IS SO STIPULATED.**

DATED this 20th day of October 2023.

/s/Boyd B. Moss
Boyd B. Moss III, Esq.
Marcus A. Berg, Esq.
John C. Funk, Esq.
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
boyd@mossberglv.com
marcus@mossberglv.com
john@mossberglv.com

*Attorneys for Plaintiff*

DATED this 20th day of October 2023.

/s/Jennifer L. Micheli
Brian R. Hardy, Esq.
Jennifer L. Micheli, Esq.
MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
bhardy@maclaw.com
jmicheli@maclaw.com

*Attorneys for Defendants Breanna Nelson, Alan W. Schrimpf, Brooke Gentry, Michael Mokeski, Isaac Champlin, and Daniel Fischer*

DATED this 20th day of October 2023.

/s/Stephanie Bedker
Michael M. Edwards, Esq.
Stephanie Bedker, Esq.
FREEMAN MATHIS & GARY, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Michael.edwards@fmglaw.com
Stephanie.bedker@fmglaw.com

*Attorneys for Defendant Nye County*

DATED this 20th day of October 2023.

/s/Jared M. Frost
Jared M. Frost, (Bar No. 11132)
Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3177
jfrost@ag.nv.gov

*Attorneys for Defendant Department of Public Safety, Division of Nevada Highway Patrol, and Luke Stang*

## ORDER

**IT IS SO ORDERED.** The deadline for Defendants Daniel Fischer, Isaac Champlin, Brooke Gentry, Alan W. Shrimpf, Breanna Nelson, Luke Stang, Department of Public Safety, Division of Nevada Highway Patrol, Michael Mokeski, and Nye County to respond to Plaintiff's Complaint is extended for an additional sixty (60) days up to and including December 22, 2023.

DATED: October 20, 2023

_____
UNITED STATES MAGISTRATE JUDGE